PD-0188-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/24/2015 1:30:42 PM
Accepted 2/26/2015 4:11:30 PM
ABEL ACOSTA
CLERK

NO. PD-0188-15

## IN THE TEXAS COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

**CAMERON SCOTT MOSELEY,**
Petitioner/Appellant

FILED IN
COURT OF CRIMINAL APPEALS

February 26, 2015

ABEL ACOSTA, CLERK

VS.

**THE STATE OF TEXAS,**
Respondent/Appellee

**Petition for Discretionary Review from the Ninth Court of Appeals Cause No. 09-14-00279-CR; and on Appeal from the 258th District Court of Polk County, Texas, Cause No. 23340**

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD APPELLATE COUNSEL

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Notice is hereby given of the appearance of Tommy L. Coleman on behalf of and as lead appellate counsel of record for Respondent/Appellee the State of Texas. Mr. Coleman respectfully requests that notice of all matters arising in this case on which service to the State of Texas is required be sent to:

1

Tommy L. Coleman
Assistant Criminal District Attorney
Polk County Criminal District Attorney's Office
101 West Mill Street, Suite 247
Livingston, Texas 77351
(936) 327-6868
(936) 327-6875 fax
tcoleman@polkcountyda.com

Respectfully submitted,

Tommy L. Coleman
Assistant Criminal District Attorney
Polk County Criminal District Attorney's Office
101 West Mill Street, Suite 247
Livingston, Texas 77351
(936) 327-6868
(936) 327-6875 fax
tcoleman@polkcountyda.com
ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

I, Tommy L. Coleman, Assistant Criminal District Attorney, Polk County, State of Texas, do hereby certify that a true and correct copy of the above and foregoing **NOTICE OF APPEARANCE AND DESIGNATION OF LEAD APPELLATE COUNSEL** has been served by placing same in the United States Mail and/or facsimile on this the 24th day of February, 2015, addressed to:

2

Seth Evans
507 North Washington Ave.
Livingston, Texas 77351
(936) 327-0233 fax

TOMMY L. COLEMAN
Asst. Criminal District Attorney